IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01891-WYD-BNB

SUNDRU M. MOODLEY, an individual,

    Plaintiff,

v.

LINCOLN DENTAL SUPPLY, INC., a Pennsylvania corporation;
CERAGROUP INDUSTRIES, INC., a Florida corporation; and
FRED R. ROSENFIELD, an individual,

    Defendants.

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal Without Prejudice (filed September 17, 2008), it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(a)(1)(A).

Dated: September 18, 2008

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge